Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@naylorandbrasterlaw.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CAROL L. WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC,<br><br>Defendants. | Case No. 2:17-cv-02213-KJD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

It is hereby stipulated by and between Plaintiff Carol L. Williams ("Plaintiff"), and Defendant Experian Information Solutions, Inc. ("Experian"), by and through their attorneys of record, as follows:

Plaintiff filed her Complaint on August 21, 2017. The deadline for Experian to respond to the Complaint is currently September 12, 2017. Counsel for Experian has just been retained. Plaintiff and Experian stipulate and agree that Experian shall have until September 26, 2017, to file its responsive pleading. This is the parties' first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party, but rather to

accommodate counsel for Experian, who has just been retained and needs an opportunity to review the allegations in the Complaint.

Dated: September 11, 2017

KNEPPER & CLARK LLC

By: */s/ Matthew I. Knepper*
    Matthew I. Knepper
    Nevada Bar No. 12796
    Miles N. Clark
    Nevada Bar No. 13848
    10040 W. Cheyenne Ave. Suite 170-109
    Las Vegas, NV 89129

David H. Krieger
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123

*Attorneys for Plaintiff*

NAYLOR & BRASTER

By: */s/ Jennifer L. Braster*
    Jennifer L. Braster
    Nevada Bar No. 9982
    1050 Indigo Drive, Suite 200
    Las Vegas, NV 89145

*Attorneys for Defendant Experian Information Solutions, Inc.*

## **ORDER**

IT IS ORDERED THAT Experian Information Solutions, Inc.'s time to respond to Plaintiff's Complaint shall be extended to on or September 26, 2017.

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE
DATED this 12th day of September 2017.