Bradley T. Austin
Nevada Bar No. 13064
SNELL & WILMER LLP
3883 Howard Hughes Pkwy
Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CAROL L. WILLIAMS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC<br><br>　　　　Defendants. | Case No. 2:17-cv-02213-KJD-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move, or otherwise respond to the Complaint in this matter, to which Plaintiff Carol L. Williams has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended through and including **October 5, 2017**. Plaintiff and Equifax are actively engaged in settlement discussions. The additional time to respond to the Complaint will facilitate settlement

///

///

///

4817-9064-2255

discussions.  This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted this 14th day of September, 2017.

SNELL & WILMER LLP

By: /s/ Bradley T. Austin
    Bradley T. Austin
    Nevada Bar No. 13064
    3883 Howard Hughes Pkwy ., Suite 1100
    Las Vegas, NV 89169

*Attorneys for Defendant Equifax Information Services LLC*

KNEPPER & CLARK LLC

By: /s/ Matthew Knepper
    Matthew I. Knepper, Esq.
    Nevada Bar No. 12796
    10040 W. Cheyenne Avenue
    Suite #170-109
    Las Vegas, NV 89129

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: 9-14-2017

- 2 -

4817-9064-2255

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 14th day of September, 2017, via CM/ECF upon:

Matthew I. Knepper, Esq.
Knepper & Clark LLC
10040 W. Cheyenne Ave.
Suite #170-109
Las Vegas, NV 89129

/s/ Gaylene Kim_____
An employee of Snell & Wilmer LLP

4817-9064-2255